1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   AMBROSIO JOSE RAMOS,                    )      Case No. 1:18-cv-01348-EPG
                                            )
12              Plaintiff,                   )      ORDER GRANTING STIPULATED
                                            )      EXTENSION OF TIME
13       vs.                                 )
                                            )      (ECF No. 15)
14   NANCY A. BERRYHILL,                     )
     Acting Commissioner of Social Security,)
15                                           )
                                            )
16              Defendant.                   )

17

18          Pursuant to stipulation of the parties (ECF No. 15), Plaintiff is granted a 30-day extension

19   of time, from April 10, 2019 to May 10, 2019, to file his Opening Brief.  All other dates in the

20   Court's Scheduling Order shall be extended accordingly.

21

22   IT IS SO ORDERED.

23       Dated:   __**March 29, 2019**__              __/s/ Erica P. Grosjean__
24                                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                                  1