McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105-1545
     Telephone: (415) 977-8930
     Facsimile: (415) 744-0134
     E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| JOSE AMBROSIO RAMOS, | ) | Case No. 1:18-cv-01348-EPG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR AN |
| v. | ) | EXTENSION |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | (ECF No. 18) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until July 12, 2019. This is Defendant's first request for an extension of time. Defense counsel requires additional time to consider the certified administrative record, Plaintiff's Brief, and the government's position. Defense counsel needs additional time to recover from a recent illness and for upcoming scheduled leave. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                          Respectfully submitted,

Date:  May 31, 2019          By:   */s/  Jonathan O. Peña**
                                   JONATHAN O. PEÑA
                                   Attorney for Plaintiff
                                   (*By e-mail authorization on 05/31/19)


Dated: May 31, 2019          McGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                               */s/ Donna W. Anderson*
                             DONNA W. ANDERSON
                             Special Assistant United States Attorney
                             Attorneys for Defendant

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 18), and finding good cause,

IT IS ORDERED that the deadline for Defendant to file a responsive brief is extended to July 12, 2019. All subsequent dates in the Court's Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 31, 2019**

/s/ _Erin P. Grosjean_
UNITED STATES MAGISTRATE JUDGE